UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-61508-CIV-DIMITROULEAS

ME TECHNOLOGY INC.
d/b/a CAA USA,

    Plaintiff,

vs.

ELLIOT BROWNSTEIN,

    Defendant.
_____/

## ORDER ADOPTING REPORT OF MAGISTRATE JUDGE

THIS CAUSE is before the Court upon Plaintiff ME Technology, Inc. d/b/a CAA USA ("Plaintiff")'s Motion for Final Default Judgment and Permanent Injunction [DE 41], filed September 28, 2020; Plaintiff's Motion for Determination of Damages [DE 50], filed October 21, 2020; and the Report and Recommendation of Magistrate Judge Lurana S. Snow (the "Report") [DE 55], dated November 13, 2020.

On October 15, 2020, the Court granted the Motion for Final Default Judgment and Permanent Injunction [DE 41] and referred only the damages portion of Magistrate Judge Snow, who requested separate briefing as to the determination of damages. *See* [DE's 47, 49, 50]. Judge Snow held an evidentiary hearing on the Motions on November 5, 2020 and issued a Report and Recommendation on November 13, 2020. *See* [DE's 53, 55]. The Court notes that no objections to the Report [DE 55] have been filed and that the time for filing such objections has passed. As no timely objections were filed, the Magistrate Judge's factual findings in the Report [DE 55] are hereby adopted and deemed incorporated into this opinion. *LoConte v. Dugger*, 847 F.2d 745,

749-50 (11th Cir. 1988), *cert. denied*, 488 U.S. 958 (1988); *RTC v. Hallmark Builders, Inc.*, 996 F.2d 1144, 1149 (11th Cir. 1993).

Although no timely objections were filed, the Court has conducted a *de novo* review of the Report [DE 55] and record and is otherwise fully advised in the premises. The Court agrees with the Magistrate Judge's reasoning and conclusion that the Plaintiff's Motions [DE's 41, 50] Plaintiff's Motion should be granted and that Plaintiff should be awarded damages in the amount of $290,000 against Defendant Elliot Brownstein consistent with the Report.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Report [DE 55] is hereby **ADOPTED** and **APPROVED**;
2. Plaintiff's Motions [DE's 41, 50] are hereby **GRANTED**.
3. Pursuant to Fed. R. Civ. P. 58, the Court shall enter a separate final judgment.
4. The Clerk is **DIRECTED** to mail a copy of this Order to Defendant Elliot Brownstein at the address below.

**DONE AND ORDERED**, in Chambers in Fort Lauderdale, Broward County, Florida this 7th day of December, 2020.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies to:

Counsel of Record

Elliot Brownstein
1189 Lake Victoria Drive, Apt. 1
West Palm Beach, FL  33411